SEYFARTH SHAW LLP
Kari Erickson Levine (State Bar No. 146101)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorney for Defendants:
KAISER FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, a Non-profit Corporation<br><br>Defendants. | Case No. C06-3981 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff MICHAEL FERNANDES ("Plaintiff") and Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS ("Defendants") file this Stipulation and Order for Dismissal pursuant to Federal Rule of Civil Procedure §41 and state as follows:

1. Plaintiff filed this action on June 27, 2006.

2. Plaintiff and Defendants have entered into a Settlement Agreement and General Release which settles all aspects of the action. The settlement is contingent on a dismissal of the action with prejudice.

3. Accordingly, Plaintiff moves to dismiss the action with prejudice.

1

    4.    Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

    5.    The case is not a class action, and no receiver has been appointed.

    6.    Plaintiff has not dismissed an action on or including the same claim or claims as those presented in this action.

    7.    This dismissal is with prejudice.

    8.    Each party shall bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

Dated: January 6, 2007

Thomas N. Stewart, Attorney at Law

By: _____
Thomas N. Stewart, Attorney for Plaintiff
Michael Fernandes

Dated: January 29, 2007

SEYFARTH SHAW

By: _____
Kari Erickson Levine, Attorney for KAISER
FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

PURSUANT TO STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that this action is hereby dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: January 30, 2007

_____
Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton